**Order filed May 17, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00247-CR

———————

### EX PARTE WILLIAM SOLOMON LEWIS

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1745375**

## ORDER

This is an appeal from an order signed December 2, 2021. A related case was previously filed on March 25, 2022 in the Court of Appeals for the First District of Texas under case number 01-22-00224-CR.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-22-00247-CR is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.